CLOSED

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHAWN WILMOTH, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>KIM GUADAGNO.<br><br>    Defendant. | Civil Action No.: 16-cv-01854 (PGS)<br><br>ORDER |

Whereas, this matter having been opened to the Court a motion to dismiss for failure to state a claim brought by Defendant (ECF No. 10); and

Whereas, the Court having fully considered the submissions of the parties and having heard oral argument on two occasions;

For the reasons set forth on the record on this date;

IT IS on this 24th day of March, 2017;

ORDERED that Defendant's motion to dismiss the complaint (ECF No. 10) is granted with prejudice. The Clerk is directed to close the case.

_____
PETER G. SHERIDAN, U.S.D.J.