UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>Minutes of Proceeding</u>

OFFICE:    Trenton

JUDGE: HON. PETER G. SHERIDAN            Date: June 30, 2020

Court Reporter: FRANK GABLE

TITLE OF CASE:                           CIVIL 16-1854 (PGS)
Shawn Wilmoth, et al

  vs.

Kim Guadagno
APPEARANCES:

See record for list of appearance

NATURE OF PROCEEDINGS:

Telephone conference held.

Order filed.

TIME COMMENCED:    11:00 a.m.            Dolores J. Hicks/
TIME ADJOURNED:    11:30 a.m.              Deputy Clerk
TOTAL TIME:         0:30