```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                       Minutes of Proceedings
```

OFFICE:    Trenton

JUDGE: HON. PETER G. SHERIDAN                    Date: August 4, 2020

Court Reporter: FRANK GABLE

TITLE OF CASE:                                   CIVIL 16-1854 (PGS)
Shawn Wilmoth, et al

   vs.

Kim Guadagno
APPEARANCES:

See record for list of appearance

NATURE OF PROCEEDINGS:

Telephone conference held.


TIME COMMENCED:      11:00 a.m.            Dolores J. Hicks/
TIME ADJOURNED:      11:30 a.m.              Deputy Clerk
TOTAL TIME:           0:30